IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-24-400-D |
| ) | |
| ANTJUAN LAMONT GAINES, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

Before the Court is the government's Motion for a Final Order of Forfeiture [Doc. No. 48]. The Court makes the following determinations:

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and FED. R. CRIM. P. 32.2(b)(2), this Court entered a Preliminary Order of Forfeiture [Doc. No. 29], providing for the forfeiture of Defendant's right, title, and interest in the below-described property based on his plea of guilty and the Court's finding of a requisite nexus between the property and the offenses committed by Defendant.

The Preliminary Order identified the following property as subject to forfeiture:

    a.    a Smith & Wesson, model SD40, .40 caliber pistol, bearing serial number FCM0592; and

    b.    any and all ammunition or magazines not specified herein.

*Id.*

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publish notice stating the intent of the United States to dispose of the property in accordance with the law, and further notify all third parties of

their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property were published on the government's website at www.forfeiture.gov for thirty (30) consecutive days beginning on February 4, 2025, and ending on March 5, 2025, for at least 18 hours per day.

A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

1. Christopher S. Reser, Attorney for Defendant Antjuan Lamont Gaines, by Notice of Electronic Filing on January 31, 2025 [Doc. No. 29];

2. Defendant Antjuan Lamont Gaines, served through his attorney of record, by Notice of Electronic Filing on January 31, 2025 [Doc. No. 29];

3. Defendant Antjuan Lamont Gaines, c/o Pottawatomie County Public Safety Center, by certified mail, receipt number 9589 0710 5270 0974 0808 14 [Doc. No. 48-2, *Certified Mail Domestic Return Receipt and Certified Mail Receipt*];

4. Jeremiah Acuna, potential claimant, by certified mail, receipt number 9589 0710 5270 0974 0807 91 [Doc. No. 48-3, *Certified Mail Domestic Return Receipt and Certified Mail Receipt*];

5. Hayden Lewis, potential claimant, by certified mail, receipt number 9589 0710 5270 0974 0808 07 [Doc. No. 48-4, *Certified Mail Domestic Return Receipt and Certified Mail Receipt*]; and

6. Thomas Edward Ward, potential claimant, by certified mail, receipt number 9589 0710 5270 0974 0810 26, was returned by U.S. Postal Service, marked "Return to Sender - Unclaimed" [Doc. No. 48-5, *Return Envelope and Certified Mail Receipt*].

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including Defendant Antjuan Lamont Gaines, and shall be disposed of according to law.

Further, the Federal Bureau of Investigation is directed to deliver the above-described property to the United States of America for disposition according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

**IT IS SO ORDERED** this 28th day of October, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge